# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: § 
§ 
QUINN, DELORES § Case No. 14-29555
§ 
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/12/2014 . The undersigned trustee was appointed on 09/25/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 165,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 1,205.62 |
| Bank service fees | | 58.92 |
| Other payments to creditors | | 39,146.33 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 60,000.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 64,589.13 |

The remaining funds are available for distribution.

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was  03/25/2015  and the deadline for filing governmental claims was  03/25/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 7,003.36 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 7,003.36 , for a total compensation of $ 7,003.36 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/02/2015          By:/s/R. SCOTT ALSTERDA
                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 14-29555 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | QUINN, DELORES | | | Date Filed (f) or Converted (c): | 08/12/14 (f) |
| | | | | 341(a) Meeting Date: | 09/25/14 |
| For Period Ending: | 10/26/15 | | | Claims Bar Date: | 03/25/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY - 432 W. 59th Street | 40,000.00 | 165,000.00 | | 165,000.00 | FA |
| 2. CASH | 50.00 | 0.00 | | 0.00 | FA |
| 3. MB CHECKING ACCOUNT | 300.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 500.00 | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $40,850.00 | $165,000.00 | | $165,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 04/30/15     Current Projected Date of Final Report (TFR): 07/31/15

　　　/s/     R. SCOTT ALSTERDA
_____     Date: 11/02/15
　　　R. SCOTT ALSTERDA

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| | |
|---|---|
| Case No: 14-29555 -CAD | Trustee Name: R. SCOTT ALSTERDA |
| Case Name: QUINN, DELORES | Bank Name: ASSOCIATED BANK |
| | Account Number / CD #: *******0006 Checking Account (Non-Interest Earn |
| Taxpayer ID No: *******9224 | |
| For Period Ending: 10/26/15 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/09/15 | 1 | Wheatland Title Guaranty Co<br>105 W. Veterans Parkway<br>Yorkville, IL 60560 | Sale of Real Estate [Dkt 41]<br><br>Memo Amount: 165,000.00<br>Sale of Property 432 W 59th, Chigo<br>Memo Amount: ( 29,351.34 )<br>Payoff 1st Mortgage to CitiMortgage<br>Memo Amount: ( 60,000.00 )<br>Relocation Payment to D. Quinn<br>Memo Amount: ( 2,506.08 )<br>Lien Payoff to NHS Redevelopment<br>Memo Amount: ( 6,340.54 )<br>Cook County Taxes 2007-2011<br>Memo Amount: ( 435.45 )<br>City of Chicago Water Bill<br>Memo Amount: ( 100.00 )<br>Recording Fees<br>Memo Amount: ( 175.00 )<br>Tax Payment Service Fee<br>Memo Amount: ( 75.00 )<br>Wire Transfer Fee<br>Memo Amount: ( 565.43 )<br>Cook County Taxes 2013<br>Memo Amount: ( 382.94 )<br>Cook County Taxes 2014 !st<br>Memo Amount: ( 313.31 )<br>Credit to Purchaser 2014 2nd<br>Memo Amount: ( 70.58 )<br>Credit to Purchaser 2015 1st | <br><br>1110-000<br><br>4110-000<br><br>8100-000<br><br>4120-000<br><br>4700-000<br><br>2500-000<br><br>2500-000<br><br>2500-000<br><br>2500-000<br><br>4700-000<br><br>4700-000<br><br>2500-000<br><br>2500-000<br> | 64,684.33 | | 64,684.33 |
| 02/20/15 | 030001 | Arthur B. Levine Company | Bond #10BSBGR6291 | 2300-000 | | 36.28 | 64,648.05 |

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

LFORM2T4

Ver: 19.00

FORM 2

Page: 2
Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 14-29555 -CAD | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | QUINN, DELORES | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0006 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9224 | | |
| For Period Ending: | 10/26/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/06/15 | | Attention Maria Sponza<br>60 East 42nd Street, Room 965<br>New York, New York 10165<br>ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 58.92 | 64,589.13 |

* Reversed
t Funds Transfer

Memo Allocation Receipts: 165,000.00
Memo Allocation Disbursements: 100,315.67

Memo Allocation Net: 64,684.33

| Account *******0006 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 1 | Deposits | 64,684.33 | 1 | Checks | 36.28 |
| | 0 | Interest Postings | 0.00 | 1 | Adjustments Out | 58.92 |
| | | Subtotal | $ 64,684.33 | 0 | Transfers Out | 0.00 |
| | 0 | Adjustments In | 0.00 | | Total | $ 95.20 |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 64,684.33 | | | |

/s/ R. SCOTT ALSTERDA
Trustee's Signature: _____ Date: 11/02/15
R. SCOTT ALSTERDA

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*
LFORM2T4

Ver: 19.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: November 02, 2015 |
|---|---|---|---|---|---|---|

Case Number:   14-29555  
Debtor Name:   QUINN, DELORES

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Nixon Peabody LLP<br>70 West Madison Street<br>Suite 3500<br>Chicago, IL 60602 | Administrative | | $0.00 | $18,123.50 | $18,123.50 |
| 001<br>3120-00 | Nixon Peabody LLP<br>70 West Madison Street<br>Suite 3500<br>Chicago, IL 60602 | Administrative | | $0.00 | $335.29 | $335.29 |
| 001<br>3310-00 | Alan D. Lasko<br>Alan D. Lasko & Associates, PC<br>205 West Randolph Street<br>Suite 1150<br>Chicago, IL 60606 | Administrative | | $0.00 | $1,346.07 | $1,346.07 |
| 001<br>3420-00 | Alan D. Lasko<br>Alan D. Lasko & Associates, PC<br>205 West Randolph Street<br>Suite 1150<br>Chicago, IL 60606 | Administrative | | $0.00 | $16.36 | $16.36 |
| 001<br>2700-00 | United States Bankruptcy Court<br>219 South Dearborn Street<br>Chicago, IL 60604 | Administrative | | $0.00 | $260.00 | $260.00 |
| BOND<br>999<br>2300-00 | Arthur B. Levine Company<br>Attention Maria Sponza<br>60 East 42nd Street, Room 965<br>New York, New York 10165 | Administrative | | $0.00 | $36.28 | $36.28 |
| 999<br>8200-00 | Delores Quinn<br>432 W. 59th Street<br>Chicago, IL 60621-3335 | Unsecured | | $0.00 | $29,932.75 | $29,932.75 |
| 000001<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $2,509.27 | $2,509.27 |
| 000002<br>070<br>7100-00 | TD Bank, USA<br>by American InfoSource LP as agent<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | | $0.00 | $1,005.51 | $1,005.51 |
| 000003<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $1,282.75 | $1,282.75 |
| 000004<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $1,036.31 | $1,036.31 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: November 02, 2015 |
|---|---|---|---|---|---|---|

Case Number:   14-29555  
Debtor Name:   QUINN, DELORES

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000005<br>070<br>7100-00 | Merrick Bank<br>by Resurgent Capital Services as agent<br>PO Box 10368<br>Greenville, SC 29603-0368 | Unsecured | | $0.00 | $1,250.21 | $1,250.21 |
| 000006<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as<br>assignee of Citibank, N.A.<br>by Resurgent Capital Services as agent<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $0.00 | $468.93 | $468.93 |
| | Case Totals: | | | $0.00 | $57,603.23 | $57,603.23 |

Code #:   Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-29555
Case Name: QUINN, DELORES
Trustee Name: R. SCOTT ALSTERDA

Balance on hand $ 64,589.13

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: R. SCOTT ALSTERDA | $ 7,003.36 | $ 0.00 | $ 7,003.36 |
| Attorney for Trustee Fees: Nixon Peabody LLP | $ 18,123.50 | $ 0.00 | $ 18,123.50 |
| Attorney for Trustee Expenses: Nixon Peabody LLP | $ 335.29 | $ 0.00 | $ 335.29 |
| Accountant for Trustee Fees: Alan D. Lasko | $ 1,346.07 | $ 0.00 | $ 1,346.07 |
| Accountant for Trustee Expenses: Alan D. Lasko | $ 16.36 | $ 0.00 | $ 16.36 |
| Charges: United States Bankruptcy Court | $ 260.00 | $ 0.00 | $ 260.00 |
| Other: Arthur B. Levine Company | $ 36.28 | $ 36.28 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 27,084.58
Remaining Balance $ 37,504.55

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $ 7,552.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 2,509.27 | $ 0.00 | $ 2,509.27 |
| 000002 | TD Bank, USA | $ 1,005.51 | $ 0.00 | $ 1,005.51 |
| 000003 | Capital One Bank (USA), N.A. | $ 1,282.75 | $ 0.00 | $ 1,282.75 |
| 000004 | Capital One Bank (USA), N.A. | $ 1,036.31 | $ 0.00 | $ 1,036.31 |
| 000005 | Merrick Bank | $ 1,250.21 | $ 0.00 | $ 1,250.21 |
| 000006 | PYOD, LLC its successors and assigns as | $ 468.93 | $ 0.00 | $ 468.93 |
| | Total to be paid to timely general unsecured creditors | | | $ 7,552.98 |
| | Remaining Balance | | | $ 29,951.57 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 18.82 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 29,932.75 .