## UNITED STATES BANKRUPTCY COURT
### NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| QUINN, DELORES | § | Case No. 14-29555 CAD |
| | § | |
| Debtor | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that R. SCOTT ALSTERDA, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
United States Bankruptcy Court
219 South Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report must appear at the hearing. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on December 16, 2015 in Courtroom 742, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604

If no objections are filed, upon entry of any order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/19/2015                    By: Clerk of the U.S. Bankruptcy Court


*R. SCOTT ALSTERDA*
*70 WEST MADISON STREET*
*SUITE 3500*
*CHICAGO, IL 60602-4283*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | § | |
|  | § | |
| QUINN, DELORES | § | Case No. 14-29555 CAD |
|  | § | |
| Debtor | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 165,000.00 |
| and approved disbursements of | $ | 100,410.87 |
| leaving a balance on hand of[1] | $ | 64,589.13 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: R. SCOTT ALSTERDA | $ 7,003.36 | $ 0.00 | $ 7,003.36 |
| Attorney for Trustee Fees: Nixon Peabody LLP | $ 18,123.50 | $ 0.00 | $ 18,123.50 |
| Attorney for Trustee Expenses: Nixon Peabody LLP | $ 335.29 | $ 0.00 | $ 335.29 |
| Accountant for Trustee Fees: Alan D. Lasko | $ 1,346.07 | $ 0.00 | $ 1,346.07 |
| Accountant for Trustee Expenses: Alan D. Lasko | $ 16.36 | $ 0.00 | $ 16.36 |
| Charges: United States Bankruptcy Court | $ 260.00 | $ 0.00 | $ 260.00 |
| Other: Arthur B. Levine Company | $ 36.28 | $ 36.28 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 27,084.58 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Remaining Balance                                          $                37,504.55

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,552.98  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $        2,509.27 | $        0.00 | $        2,509.27 |
| 000002 | TD Bank, USA | $        1,005.51 | $        0.00 | $        1,005.51 |
| 000003 | Capital One Bank (USA), N.A. | $        1,282.75 | $        0.00 | $        1,282.75 |
| 000004 | Capital One Bank (USA), N.A. | $        1,036.31 | $        0.00 | $        1,036.31 |
| 000005 | Merrick Bank | $        1,250.21 | $        0.00 | $        1,250.21 |
| 000006 | PYOD, LLC its successors and assigns as | $          468.93 | $        0.00 | $          468.93 |

Total to be paid to timely general unsecured creditors        $                7,552.98

Remaining Balance                                          $                29,951.57

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of  0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 18.82 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 29,932.75 .

Prepared By:  /s/ R. SCOTT ALSTERDA, TRUSTEE

*R. SCOTT ALSTERDA*
*70 WEST MADISON STREET*
*SUITE 3500*
*CHICAGO, IL 60602-4283*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                        Case No. 14-29555-CAD
Delores Quinn                                                 Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: adragonet      Page 1 of 1       Date Rcvd: Nov 20, 2015
                           Form ID: pdf006       Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2015.
db          #+Delores Quinn,    432 W 59th Street,   Chicago, IL 60621-3335
aty          Ungaretti & Harris,   Ungaretti & Harris,   3500 Three First National Plaza,
             Chicago, IL  60602
22273173    ++CITIBANK,    PO BOX 790034,   ST LOUIS MO 63179-0034
             (address filed with court: Citibank NA,   PO Box 183113,   Columbus, OH 43218)
22273174    +Capital One,   Capital One Bank (USA) N.A. -,   PO Box 6492,   Carol Stream, IL 60197-6492
22828286     Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
22273176    +Lee Morgan Receivable,   c/o Eric Benveniste -,   Po Box 1166,   Northbrook, IL 60065-1166
22273177    +Malcom S.Gerald and Associates,   332 South Michigan Ave -,   Ste 600,   Chicago, IL 60604-4318
22273180    +Sears,   PO Box 6283 -,   Sioux Falls, SD 57117-6283
22273181    +Target Card Service,   PO Box 660170 -,   Dallas, TX 75266-0170

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22772346     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 21 2015 01:17:38
             American InfoSource LP as agent for,   TD Bank, USA,   PO Box 248866,
             Oklahoma City, OK  73124-8866
22760505    +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Nov 21 2015 01:31:01
             Ascension Capital Group,   attn: Capital One Auto Finance,
             a division of Capital One, N.A. Dept.,   P.O. Box 201347,   Arlington, TX 76006-1347
22273175     E-mail/Text: mrdiscen@discover.com Nov 21 2015 01:00:37     Discover,   PO Box 30952 -,
             Salt Lake City, UT 84130-0952
22772202     E-mail/Text: mrdiscen@discover.com Nov 21 2015 01:00:37     Discover Bank,
             DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
22854641     E-mail/Text: bkr@cardworks.com Nov 21 2015 01:00:26     MERRICK BANK,
             Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
22273178    +E-mail/Text: bkr@cardworks.com Nov 21 2015 01:00:26     Merrick Bank,   P.O. Box 171379 -,
             Salt Lake City, UT 84117-1379
23056880    +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 21 2015 01:23:57
             PYOD, LLC its successors and assigns as assignee,   of Citibank, N.A.,
             Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
22273179    +E-mail/PDF: gecsedi@recoverycorp.com Nov 21 2015 01:16:50     Sams Club,   PO Box 965046 -,
             Orlando, FL 32896-5046
                                                                                      TOTAL: 8


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2015                         Signature:  /s/Joseph Speetjens



# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 19, 2015 at the address(es) listed below:
          Bradley A. Smith    on behalf of Debtor Delores  Quinn bsmith@nealandleroy.com
          Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
          R Scott Alsterda    on behalf of Trustee R Scott Alsterda rsalsterda@uhlaw.com,
          ralsterda@ecf.epiqsystems.com
          R Scott Alsterda    rsalsterda@nixonpeabody.com,  ralsterda@ecf.epiqsystems.com
                                                                         TOTAL: 4