**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| QUINN, DELORES | § | Case No. 14-29555 |
| | § | |
| Debtor | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

R. SCOTT ALSTERDA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 850.00<br>*(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 46,710.54 | Claims Discharged<br>Without Payment: 0.00 |
| Total Expenses of Administration: 28,349.12 | |

3) Total gross receipts of $ 165,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 89,940.34 (see **Exhibit 2**), yielded net receipts of $ 75,059.66 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 39,146.33 | $ 39,146.33 | $ 39,146.33 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 28,349.12 | 28,349.12 | 28,349.12 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 7,552.98 | 7,552.98 | 7,564.21 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 75,048.43 | $ 75,048.43 | $ 75,059.66 |

4) This case was originally filed under chapter 7 on 08/12/2014 . The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/08/2016 By:/s/R. SCOTT ALSTERDA
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| REAL PROPERTY - 432 W. 59th Street | 1110-000 | 165,000.00 |
| **TOTAL GROSS RECEIPTS** | | $ 165,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | Exemptions | 8100-000 | 60,000.00 |
| Delores Quinn | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 29,940.34 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 89,940.34 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Payoff 1st Mortgage to CitiMortgage | 4110-000 | NA | 29,351.34 | 29,351.34 | 29,351.34 |
| | Lien Payoff to NHS Redevelopment | 4120-000 | NA | 2,506.08 | 2,506.08 | 2,506.08 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cook County Taxes 2007-2011 | 4700-000 | NA | 6,340.54 | 6,340.54 | 6,340.54 |
| | Cook County Taxes 2013 | 4700-000 | NA | 565.43 | 565.43 | 565.43 |
| | Cook County Taxes 2014 !st | 4700-000 | NA | 382.94 | 382.94 | 382.94 |
| TOTAL SECURED CLAIMS | | | $ NA | $ 39,146.33 | $ 39,146.33 | $ 39,146.33 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| R. SCOTT ALSTERDA, TRUSTEE | 2100-000 | NA | 7,003.36 | 7,003.36 | 7,003.36 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 36.28 | 36.28 | 36.28 |
| City of Chicago Water Bill | 2500-000 | NA | 435.45 | 435.45 | 435.45 |
| Credit to Purchaser 2014 2nd | 2500-000 | NA | 313.31 | 313.31 | 313.31 |
| Credit to Purchaser 2015 1st | 2500-000 | NA | 70.58 | 70.58 | 70.58 |
| Recording Fees | 2500-000 | NA | 100.00 | 100.00 | 100.00 |
| Tax Payment Service Fee | 2500-000 | NA | 175.00 | 175.00 | 175.00 |
| Wire Transfer Fee | 2500-000 | NA | 75.00 | 75.00 | 75.00 |
| ASSOCIATED BANK | 2600-000 | NA | 58.92 | 58.92 | 58.92 |
| CLERK OF THE COURT | 2700-000 | NA | 260.00 | 260.00 | 260.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NIXON PEABODY LLP | 3110-000 | NA | 18,123.50 | 18,123.50 | 18,123.50 |
| NIXON PEABODY LLP | 3120-000 | NA | 335.29 | 335.29 | 335.29 |
| ALAN D. LASKO | 3410-000 | NA | 1,346.07 | 1,346.07 | 1,346.07 |
| ALAN D. LASKO | 3420-000 | NA | 16.36 | 16.36 | 16.36 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 28,349.12 | $ 28,349.12 | $ 28,349.12 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ NA | $ NA | $ NA | $ NA |

EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 1,282.75 | 1,282.75 | 1,282.75 |
| 000004 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 1,036.31 | 1,036.31 | 1,036.31 |
| 000001 | DISCOVER BANK | 7100-000 | NA | 2,509.27 | 2,509.27 | 2,509.27 |
| 000005 | MERRICK BANK | 7100-000 | NA | 1,250.21 | 1,250.21 | 1,250.21 |
| 000006 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | NA | 468.93 | 468.93 | 468.93 |
| 000002 | TD BANK, USA | 7100-000 | NA | 1,005.51 | 1,005.51 | 1,005.51 |
| | CAPITAL ONE BANK (USA), N.A. | 7990-000 | NA | NA | NA | 3.45 |
| | DISCOVER BANK | 7990-000 | NA | NA | NA | 3.73 |
| | MERRICK BANK | 7990-000 | NA | NA | NA | 1.86 |
| | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7990-000 | NA | NA | NA | 0.70 |
| | TD BANK, USA | 7990-000 | NA | NA | NA | 1.49 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 7,552.98 | $ 7,552.98 | $ 7,564.21 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Case No: 14-29555 CAD Judge: CAROL A. DOYLE
Case Name: QUINN, DELORES

For Period Ending: 01/08/16

Trustee Name: R. SCOTT ALSTERDA
Date Filed (f) or Converted (c): 08/12/14 (f)
341(a) Meeting Date: 09/25/14
Claims Bar Date: 03/25/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY - 432 W. 59th Street | 40,000.00 | 165,000.00 | | 165,000.00 | FA |
| 2. CASH | 50.00 | 0.00 | | 0.00 | FA |
| 3. MB CHECKING ACCOUNT | 300.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 500.00 | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $40,850.00 | $165,000.00 | | $165,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 04/30/15 Current Projected Date of Final Report (TFR): 07/31/15

/s/ R. SCOTT ALSTERDA
____________________________________ Date: 01/08/16
R. SCOTT ALSTERDA

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 14-29555 -CAD
Case Name: QUINN, DELORES
Taxpayer ID No: *******9224
For Period Ending: 01/08/16

Trustee Name: R. SCOTT ALSTERDA
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******0006 Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/09/15 | | Wheatland Title Guaranty Co<br>105 W. Veterans Parkway<br>Yorkville, IL 60560 | Sale of Real Estate [Dkt 41] | | 64,684.33 | | 64,684.33 |
| | 1 | | Memo Amount: 165,000.00<br>Sale of Property 432 W 59th, Chigo | 1110-000 | | | |
| | | | Memo Amount: ( 29,351.34 )<br>Payoff 1st Mortgage to CitiMortgage | 4110-000 | | | |
| | | | Memo Amount: ( 60,000.00 )<br>Relocation Payment to D. Quinn | 8100-000 | | | |
| | | | Memo Amount: ( 2,506.08 )<br>Lien Payoff to NHS Redevelopment | 4120-000 | | | |
| | | | Memo Amount: ( 6,340.54 )<br>Cook County Taxes 2007-2011 | 4700-000 | | | |
| | | | Memo Amount: ( 435.45 )<br>City of Chicago Water Bill | 2500-000 | | | |
| | | | Memo Amount: ( 100.00 )<br>Recording Fees | 2500-000 | | | |
| | | | Memo Amount: ( 175.00 )<br>Tax Payment Service Fee | 2500-000 | | | |
| | | | Memo Amount: ( 75.00 )<br>Wire Transfer Fee | 2500-000 | | | |
| | | | Memo Amount: ( 565.43 )<br>Cook County Taxes 2013 | 4700-000 | | | |
| | | | Memo Amount: ( 382.94 )<br>Cook County Taxes 2014 !st | 4700-000 | | | |
| | | | Memo Amount: ( 313.31 )<br>Credit to Purchaser 2014 2nd | 2500-000 | | | |
| | | | Memo Amount: ( 70.58 )<br>Credit to Purchaser 2015 1st | 2500-000 | | | |
| 02/20/15 | 030001 | Arthur B. Levine Company | Bond #10BSBGR6291 | 2300-000 | | 36.28 | 64,648.05 |

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 14-29555 -CAD
Case Name: QUINN, DELORES

Taxpayer ID No: *******9224
For Period Ending: 01/08/16

Trustee Name: R. SCOTT ALSTERDA
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******0006 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Attention Maria Sponza<br>60 East 42nd Street, Room 965<br>New York, New York 10165 | | | | | |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 58.92 | 64,589.13 |
| 12/17/15 | 030002 | R. SCOTT ALSTERDA, TRUSTEE<br>70 WEST MADISON AVENUE<br>SUITE 3500<br>CHICAGO, IL 60602-4283 | Chapter 7 Compensation/Fees | 2100-000 | | 7,003.36 | 57,585.77 |
| 12/17/15 | 030003 | Nixon Peabody LLP<br>70 West Madison Street<br>Suite 3500<br>Chicago, IL 60602 | Attorney for Trustee Fees | 3110-000 | | 18,123.50 | 39,462.27 |
| 12/17/15 | 030004 | Nixon Peabody LLP<br>70 West Madison Street<br>Suite 3500<br>Chicago, IL 60602 | Attorney for Trustee Expenses (Trus | 3120-000 | | 335.29 | 39,126.98 |
| 12/17/15 | 030005 | Alan D. Lasko<br>Alan D. Lasko & Associates, PC<br>205 West Randolph Street<br>Suite 1150<br>Chicago, IL 60606 | Accountant for Trustee Fees | 3410-000 | | 1,346.07 | 37,780.91 |
| 12/17/15 | 030006 | Alan D. Lasko<br>Alan D. Lasko & Associates, PC<br>205 West Randolph Street<br>Suite 1150<br>Chicago, IL 60606 | Accountant for Trustee Expenses | 3420-000 | | 16.36 | 37,764.55 |
| 12/17/15 | 030007 | United States Bankruptcy Court<br>219 South Dearborn Street<br>Chicago, IL 60604 | Motion to Reopen [Dkt23] | 2700-000 | | 260.00 | 37,504.55 |
| 12/17/15 | 030008 | Discover Bank<br>DB Servicing Corporation | Claim 000001, Payment 100.14865% | | | 2,513.00 | 34,991.55 |

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 14-29555 -CAD
Case Name: QUINN, DELORES

Taxpayer ID No: *******9224
For Period Ending: 01/08/16

Trustee Name: R. SCOTT ALSTERDA
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******0006 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PO Box 3025<br>New Albany, OH 43054-3025 | | | | | |
| | | | Claim 2,509.27 | 7100-000 | | | |
| | | | Interest 3.73 | 7990-000 | | | |
| 12/17/15 | 030009 | TD Bank, USA<br>by American InfoSource LP as agent<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Claim 000002, Payment 100.14818% | | | 1,007.00 | 33,984.55 |
| | | | Claim 1,005.51 | 7100-000 | | | |
| | | | Interest 1.49 | 7990-000 | | | |
| 12/17/15 | 030010 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000003, Payment 100.14890% | | | 1,284.66 | 32,699.89 |
| | | | Claim 1,282.75 | 7100-000 | | | |
| | | | Interest 1.91 | 7990-000 | | | |
| 12/17/15 | 030011 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000004, Payment 100.14860% | | | 1,037.85 | 31,662.04 |
| | | | Claim 1,036.31 | 7100-000 | | | |
| | | | Interest 1.54 | 7990-000 | | | |
| 12/17/15 | 030012 | Merrick Bank<br>by Resurgent Capital Services as agent<br>PO Box 10368<br>Greenville, SC 29603-0368 | Claim 000005, Payment 100.14878% | | | 1,252.07 | 30,409.97 |
| | | | Claim 1,250.21 | 7100-000 | | | |
| | | | Interest 1.86 | 7990-000 | | | |
| 12/17/15 | 030013 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A.<br>by Resurgent Capital Services as agent<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000006, Payment 100.14928% | | | 469.63 | 29,940.34 |

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 14-29555 -CAD
Case Name: QUINN, DELORES

Taxpayer ID No: *******9224
For Period Ending: 01/08/16

Trustee Name: R. SCOTT ALSTERDA
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******0006 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Claim 468.93 | 7100-000 | | | |
| | | | Interest 0.70 | 7990-000 | | | |
| 12/17/15 | 030014 | Delores Quinn<br>7321 S. King Drive<br>Chicago, IL 60619 | Surplus Funds Paid to Debtor | 8200-002 | | 29,940.34 | 0.00 |

* Reversed
t Funds Transfer

| | |
|---|---|
| Memo Allocation Receipts: | 165,000.00 |
| Memo Allocation Disbursements: | 100,315.67 |
| Memo Allocation Net: | 64,684.33 |

Account *******0006

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 64,684.33 | 14 | Checks | 64,625.41 |
| 0 | Interest Postings | 0.00 | 1 | Adjustments Out | 58.92 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 64,684.33 | | | |
| | | | | Total | $ 64,684.33 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 64,684.33 | | | |

/s/ R. SCOTT ALSTERDA
Trustee's Signature: ________________________________ Date: 01/08/16

FORM 2



**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 14-29555 -CAD
Case Name: QUINN, DELORES

Taxpayer ID No: *******9224
For Period Ending: 01/08/16

Trustee Name: R. SCOTT ALSTERDA
Bank Name: ASSOCIATED BANK
Account Number / CD #: *******0006 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

R. SCOTT ALSTERDA